**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ENVIRONMENTAL INTEGRITY PROJECT, et. al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 20-cv-03119-TNM |
| LEE ZELDIN, in his official capacity as Administrator of the United States Environmental Protection Agency, | ) ) ) ) | |
| Defendant. | ) ) ) | |
| | ) ) | |
| CONCERNED CITIZENS OF ST. JOHN, et. al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 21-cv-03063-TNM |
| LEE ZELDIN, in his official capacity as Administrator of the United States Environmental Protection Agency, | ) ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Pursuant to Local Civil Rule 83.6(b), Federal Defendant hereby provides notice of the

withdrawal of Kimere Kimball as counsel in the above-captioned matter. Federal Defendant will

continue to be represented by the other counsel of record whose information appears below:

Sarah Williams
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611

1

Washington, DC 20044
Phone: (202) 598-9728
Fax: (202) 514-8865
Sarah.Williams@usdoj.gov


Dated: July 2, 2027

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

*/s/ Sarah Williams*
Sarah Williams
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044
Phone: (202) 598-9728
Fax: (202) 514-8865
Sarah.Williams@usdoj.gov

*Counsel for Defendant*

2

## **<u>CERTIFICATE OF SERVICE</u>**

I certify that, on this 2nd day of July, 2026, a true and correct copy of the foregoing pleading was filed electronically with the Clerk of Court of the District of Columbia by using the CM/EDF system, which provides notice of filing to all counsel of record by electronic means.

/s/*Sarah Williams*
Sarah Williams